Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 17-25715 (JNP)**

Linda S. Yannone  
948 Larkspur Place South  
Mount Laurel, NJ  08054

Monthly Payment: $594.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2020 | $594.00 | 02/05/2020 | $594.00 | 03/04/2020 | $594.00 | 04/06/2020 | $594.00 |
| 05/06/2020 | $594.00 | 06/02/2020 | $594.00 | 07/07/2020 | $594.00 | 08/04/2020 | $594.00 |
| 09/03/2020 | $594.00 | 10/08/2020 | $594.00 | 11/02/2020 | $594.00 | 12/04/2020 | $594.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LINDA S. YANNONE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | POSTERNOCK APELL, P.C. | 13 | $2,685.55 | $2,685.55 | $0.00 | $0.00 |
| 0 | POSTERNOCK APELL, P.C. | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | ADMIN RECOVERY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP, LLC | 33 | $1,654.91 | $1,067.41 | $587.50 | $367.90 |
| 4 | LVNV FUNDING, LLC | 33 | $829.83 | $535.24 | $294.59 | $184.48 |
| 5 | EQUIFAX CREDIT INFORMATION SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND FUNDING, LLC | 33 | $2,497.56 | $1,610.92 | $886.64 | $555.21 |
| 9 | NEW REZ, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MOUNT LAUREL TOWNSHIP | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | NORDSTROM BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $564.37 | $364.01 | $200.36 | $125.47 |
| 14 | TRANSUNION, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | United Collection Bureau, Inc. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | VISA DEPT STORE NATIONAL BANK/MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | WELLS FARGO BANK, N.A. | 33 | $8,356.94 | $5,390.21 | $2,966.73 | $1,857.77 |
| 19 | WELLS FARGO BANK, N.A. | 33 | $5,278.18 | $3,404.42 | $1,873.76 | $1,173.35 |
| 20 | CARRIE J. BOYLE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | MIDLAND FUNDING, LLC | 33 | $9,638.00 | $6,216.45 | $3,421.55 | $2,142.55 |
| 23 | APEX ASSET MANAGEMENT, LLC | 33 | $636.80 | $410.73 | $226.07 | $141.57 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 09/01/2017 | 4.00 | $0.00 |
| 01/01/2018 | Paid to Date | $3,362.00 |
| 02/01/2018 | 55.00 | $594.00 |
| 09/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,128.00 |
| Total paid to creditors this period: | $6,548.30 |
| Undistributed Funds on Hand: | $544.10 |
| Arrearages: | $0.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**